No. 92–8556. NICHOLS *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, 509 U. S. 953.] Motion for appointment of counsel granted, and it is ordered that William B. Mitchell Carter, Esq., of Chattanooga, Tenn., be appointed to serve as counsel for petitioner in this case.

No. 92–9049. SANDOVAL *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 509 U. S. 954.] Motion for appointment of counsel granted, and it is ordered that Eric S. Multhaup, Esq., of San Francisco, Cal., be appointed to serve as counsel for petitioner in this case.

No. 92–9059. SIMMONS *v.* SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, *ante,* p. 811.] Motion for appointment of counsel granted, and it is ordered that David I. Bruck, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 93–5877. SASSOWER *v.* THOMPSON, HINE & FLORY ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 22, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–6184. IN RE BOTELLO. Petition for writ of habeas corpus denied.

No. 93–5503. IN RE MYERS;
No. 93–5555. IN RE HOOKS;
No. 93–5828. IN RE WYRE;
No. 93–5973. IN RE NAGY; and
No. 93–5980. IN RE HENTHORN. Petitions for writs of mandamus denied.

No. 92–1949. DAVIS *v.* UNITED STATES. Ct. Mil. App. Certiorari granted.

No. 93–405. DIGITAL EQUIPMENT CORP. *v.* DESKTOP DIRECT, INC. C. A. 10th Cir. Certiorari granted.